[No. 13010–6–II. Division Two. April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD McCORD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–03826–2, Rosanne Buckner, J., entered

July 13, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.